FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 29, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JONYE MINH NGUYEN,<br><br>  Defendant. | No. 4:20-CR-06036-SMJ-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND MOTION TO EXPEDITE<br><br>**ECF Nos. 45, 46** |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 45) and related Motion to Expedite (ECF No. 46).

Special Condition No. 1 of Defendant's conditions of release, ECF No. 11, provides that Defendant shall remain in the Eastern District of Washington unless given permission by the United States Probation/Pretrial Services Office. Defendant requests permission to travel outside the district for approximately two weeks so that he may visit his family in Tennessee. Defendant has proposed coordinating his travel plans with the United States Probation/Pretrial Services

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND MOTION TO EXPEDITE - 1

Office. In support of this modification, Defendant notes that he has complied with conditions of pretrial release for over a year. He also explains that his mother is experiencing health issues. Neither the United States nor the United States Probation/Pretrial Services Office oppose the Motion.

For the reasons set forth in the Motion;

**IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 45**) is **GRANTED**.

2. Defendant's Motion to Expedite (**ECF No. 46**) is **GRANTED**.

3. **Special Condition No. 1** (ECF No. 11) shall be modified as follows: Defendant is permitted to travel outside of the Eastern District of Washington for approximately two weeks in December 2021 to visit his family in Tennessee, provided such travel is approved by and coordinated with the United States Probation/Pretrial Services Office. Defendant shall report as directed to the United States Probation/Pretrial Services Office while he is out of the district. Defendant shall otherwise remain in the Eastern District of Washington unless preapproved by the United States Probation/Pretrial Services Office.

4. All other conditions of release shall remain in effect.

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND MOTION TO EXPEDITE - 2


DATED November 29, 2021.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND MOTION TO EXPEDITE - 3